William Terry
PLAINTIFF/PETITIONER/MOVANT'S NAME
K89959
PRISON NUMBER

CIM Chino
PLACE OF CONFINEMENT

P.O. Box 600 Chino CA 91708-0600
ADDRESS

**FILED**
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District Of California

William Terry
Plaintiff/Petitioner/Movant

v.

California Dept Corr, et, al
Defendant/Respondent

Civil No. **07 CV 2360 J POR**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, William Terry,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration  CIM Chino C.A. 91708-0600
    Are you employed at the institution?        ☐ Yes ☒ No
    Do you receive any payment from the institution?  ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                            K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __I am developmentally disabled and unable to hold down a job or find gainful employment.__
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____
   _____
   _____

4. Do you have any checking account(s)?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  None _____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
   None _____
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): None _____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
    The prison supports me. _____
    _____
    _____

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

September 9, 2005
_____
DATE

_____
SIGNATURE OF APPLICANT
William Terry, K89959

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

CDC- K89959

_____William T_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $___0___ on account at the ___C.I.M.___ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $___0___. I further certify that during the past six months the average of monthly deposits to the applicant's account was $___0___.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__11-21-07__     _____Rhonda Palomares_____
Date                      Authorized Officer of Institution (Signature)

---

DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

CV-60P (08/02)