**PLAINTIFF/PETITIONER/MOVANT'S NAME** Billy Terry

**PRISON NUMBER** K89959

**PLACE OF CONFINEMENT** Calif. Inst. for Men

**ADDRESS** P.O. Box 600, Chino, Calif 91708

ELM-127

FILED
2008 MAR 12 PM 3:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

**Plaintiff/Petitioner/Movant:** William Terry

v.

**Defendant/Respondent:** Director of Correction Jeanne Woodford, Robert J. Hernadez warden, Dr. J. Ritter MD, Dr. Choo, Dr. J. Hunt, Dr. Gignnini

Civil No. 07CV2360 J (POR)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, William Terry, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration California Institution for Men
   Are you employed at the institution? ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)   C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Yard crew clean up 2006 RJ Donovan State Prison_
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance ☐ Yes ☑ No
   d. Disability or workers compensation ☐ Yes ☑ No
   e. Social Security, disability or other welfare ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Spousal or child support ☐ Yes ☑ No
   g. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____
   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _None_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _none_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    _State prison_

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_2/19/08_  
DATE

_William Terry_  
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant __William Terry__,
(NAME OF INMATE)

__K89959__,
(INMATE'S CDC NUMBER)

has the sum of $ _____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__2-29-08__
DATE

__/s/ Manaois__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__L. MANAOIS__
OFFICER'S FULL NAME (PRINTED)

__ACCOUNT CLERK II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __Billy Terry K89959__, request and authorize the agency holding me in
 (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__2/19/08__    __William Terry__
DATE           SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/29/08
                                                     PAGE NO:            1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIF. INSTITUTION FOR MEN
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: DEC. 01, 2007 THRU FEB. 29, 2008

ACCOUNT NUMBER : K89939              BED/CELL NUMBER: MIEH00000000127L
ACCOUNT NAME   : TERRY, WILLIAM         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ---- -------------- ---------- ---------  --------  -----------  -------

12/01/2007  BEGINNING BALANCE                                             0.00

12/04 D320 TRUST FUNDS T  3074/RJD              18.44                    18.44
12/06 W536 COPAY CHARGE   3175/COPAY                          5.00       13.44
12/10 FC02 DRAW-FAC 2     3196/MSF1                          13.44        0.00


                          CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE    DESCRIPTION                  COMMENT      HOLD AMOUNT
----------  ----    ---------------------------  ----------   -----------

02/21/2008  H114    COPAY FEE, MED.              4354/MAR24      5.00

                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL        CURRENT     HOLDS     TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS  BALANCE     BALANCE   TO BE POSTED
---------    --------   -----------  --------    -------   ------------

  0.00        18.44       18.44        0.00       5.00        0.00


                                                       CURRENT
                                                       AVAILABLE
                                                       BALANCE
                                                       ---------
                                                         5.00-
```

COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-29-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

## CALIFORNIA INSTITUTION FOR MEN
### PROOF OF SERVICE BY MAIL
(C.C.P. §1013a; §2015.5; Fed.R.Civ.P. 5; 28 U.S.C. 1746)

---

I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, **(A)** and / and **not** a party to the within action. My mailing address is: P.O. BOX 600, CHINO, CA 91708-0600.

On the following date: **(B)** _3-7-08_, I served the following document(s): **(C)**

_UNITED STATES DISTRICT SOUTHERN OF CALIF CALIFORNIA 880 FRONT ST. STE 4290 SAN DIEGO, CA 92101-8900_

On the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following parties: **(D)**

_MOTION TO PROCEED IN FORMA PAUPERIS_     _U.S. DISTRICT COURT 880 FRONT ST. STE 4290 SAN DIEGO, CA 92101-8900_

I am readily familiar with the normal business practices for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(E)** Name: _William Terry_     CDCR#: _K89959_

Signed: _William Terry_     Dated: _3-7-08_

---

### CIM MAILROOM ACKNOWLEDGEMENT OF MAILING

DATED: _3/11/08_     STAFF: _[signature]_

SIGNED: _____

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM TERRY,<br>CDCR #K-89959,<br><br>                                 Plaintiff,<br>vs.<br><br>JEANNE WOODFORD, et al.,<br>                                Defendants. | Civil No. 07-2360 J (POR)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. § 1915(a)**<br><br>[Doc. No. 2] |
|---|---|

     William Terry ("Plaintiff"), a state prisoner currently incarcerated at the California Institution for Men located in Chino, California, and proceeding pro se, has submitted a civil rights Complaint pursuant to 28 U.S.C. § 1983.

     Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2].

### I.   MOTION TO PROCEED IFP

     Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C.

1  § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Prisoners granted leave to proceed IFP however, remain obligated to pay the entire fee in installments, regardless of whether the action is ultimately dismissed for any reason. *See* 28 U.S.C. § 1915(b)(1) & (2).

5  Prisoners seeking leave to proceed IFP must also submit a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint...." 28 U.S.C. § 1915(a)(2). From the certified trust account statement, the Court must assess an initial payment of 20% of (a) the average monthly deposits in the account for the past six months, or (b) the average monthly balance in the account for the past six months, whichever is greater, unless the prisoner has no assets. *See* 28 U.S.C. § 1915(b)(1), (4); *see also Taylor v. Delatoore*, 281 F.3d 844, 850 (9th Cir. 2002). Thereafter, the institution having custody of the prisoner must collect subsequent payments, assessed at 20% of the preceding month's income, in any month in which the prisoner's account exceeds $10, and forward those payments to the Court until the entire filing fee is paid. *See* 28 U.S.C. § 1915(b)(2).

16  While Plaintiff has filed a Motion to Proceed IFP in this matter pursuant to 28 U.S.C. § 1915(a), he has not attached a certified copy of his prison trust account statement for the 6-month period immediately preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2. Section 1915(a)(2) clearly mandates that prisoners "seeking to bring a civil action ...without prepayment of fees ... *shall* submit a certified copy of the trust fund account statement (or institutional equivalent) ... for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2) (emphasis added).

23  Without Plaintiff's trust account statement, the Court is simply unable to assess the appropriate amount of the filing fee required to initiate this action. *See* 28 U.S.C. § 1915(b)(1). Therefore, Plaintiff's Motion to Proceed IFP must be DENIED.

26  ////
27  ////
28  ////

1  II.  **CONCLUSION AND ORDER**

2  For the reasons set forth above, **IT IS ORDERED** that:

3  (1)  Plaintiff's Motion to Proceed IFP [Doc. No. 2] is **DENIED**.

4  (2)  This action is **DISMISSED** without prejudice for failure to prepay the $350 filing
5  fee mandated by 28 U.S.C. § 1914(a), and for failure to successfully move to proceed IFP
6  pursuant to 28 U.S.C. § 1915(a).

7  (3)  Plaintiff is **GRANTED** forty five (45) days from the date this Order is Filed to
8  either:  (1) pay the entire $350 filing fee, **or** (2) file a new Motion to Proceed IFP, *which*
9  *includes a certified copy of his trust account statement for the 6-month period preceding the*
10 *filing of his Complaint* pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR 3.2(b).

11 **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with a
12 Court-approved form "Motion and Declaration in Support of Motion to Proceed IFP" in this
13 matter. If Plaintiff neither pays the $350 filing fee in full nor sufficiently completes and files the
14 attached Motion to Proceed IFP, together with a certified copy of his prison trust account
15 statement within 45 days, this action shall remained closed without further Order of the Court.

18  DATED: February 4, 2008

HON. NAPOLEON A. JONES, JR.
United States District Judge