1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM TERRY, | CASE NO. 07cv2360 JM(POR) |
|---|---|
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION TO STAY ACTION |
| vs. | |
| McBRIDE, et al., | |
| Defendants. | |

For good cause shown, the court grants Defendants <u>Ex Parte</u> Application to Stay Case for Ninety Days Due to Pending Settlement Negotiations and Plaintiff's Poor Health. At the expiration of the 90-day period, the parties are instructed to contact the chambers of Magistrate Judge Porter to schedule a status conference and case management conference in the event the parties fail to reach a complete settlement of all claims.

**IT IS SO ORDERED.**

DATED: April 15, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties
    Magistrate Judge Porter

- 1 -

07cv2360